**Honorable Christopher M. Alston**
**Chapter 7**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In RE: | CHAPTER 7 |
|---|---|
| SCOTT PUDWELL, | No. 12-12318-CMA |
| NICOLE PUDWELL, | |
| Debtor(s). | **ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES** |

This matter having come on for hearing, upon Notice of Final Report and Applications for Compensation, it is hereby ordered that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

CHAPTER 7 ADMINISTRATIVE CLAIMS

| NAME OF ENTITY | TYPE OF CLAIM | AMOUNT REQUESTED | AMOUNT PAID | AUTHORIZED DISBURSEMENT |
|---|---|---|---|---|
| | | | | |

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 1

| | | | | |
|---|---|---|---|---|
| Edmund Wood | Trustee Compensation | [1]$20,050.06 | $0.00 | $9,222.22 |
| Edmund Wood | Trustee Expenses | $27.90 | $0.00 | $27.90 |
| David Gebben | Attorney for Trustee Fees | $11,800.00 | $0.00 | $11,800.00 |
| David Gebben | Attorney for Trustee Expenses | $182.50 | $0.00 | $182.50 |
| Quackenbush Hansen & Cogar, CPAS, PLLC | Accountant for Trustee Fees | $1,282.50 | $0.00 | $1,282.50 |
| Quackenbush Hansen & Cogar, CPAS, PLLC | Accountant for Trustee Expenses | $14.75 | $0.00 | $14.75 |
| **Subtotal this Category** | | **$33,357.71** | **$0.00** | **$22,529.87** |

Unsecured Creditors -- Dividend 24.0%

| CLAIM NO. | NAME OF CREDITOR | AMOUNT REQUESTED | AMOUNT PAID | AUTHORIZED DISBURSEMENT |
|---|---|---|---|---|
| 1 | American Infosource LP | $1,047.27 | $0.00 | $251.53 |
| 2 | FIA Card Services, N.A. | $5,470.69 | $0.00 | $1,313.98 |
| 3 | FIA Card Services, N.A. | $8,096.20 | $0.00 | $1,944.59 |
| 4 | PYOD, LLC | $246.30 | $0.00 | $59.16 |
| 5 | PYOD, LLC | $35,725.86 | $0.00 | $8,580.81 |
| 6 | Portfolio Investments II LLC | $2,493.41 | $0.00 | $598.88 |
| 8 | Capital One, N.A. | $2,049.31 | $0.00 | $492.21 |
| 9 | Portfolio Recovery Associates, LLC | $18,330.98 | $0.00 | $4,402.83 |
| **Subtotal this Category** | | **$73,460.02** | **$0.00** | **$17,643.99** |

Total: $40,173.86

It is further

ORDERED that there are insufficient funds in the estate to pay any other claims against the estate. It is further

ORDERED that upon receipt of the Trustee's bank statement showing that all disbursements have been made, this case shall be closed, and the Trustee and the surety bond shall be discharged.

// End of Order //

Presented By:

*/s/ Edmund Wood*

Edmund Wood, WSBA# 03695

Chapter 7 Trustee

---

[1] This is the maximum allowable compensation to the trustee per statute. The actual request for fees is reflected in the TFR on page 2. The trustee has agreed to reduce his fee in this case to achieve a distribution to the unsecured creditors.

ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103-5209
(206) 623-4382

Page 2

Case 12-12318-CMA    Doc 69    Filed 07/27/15    Ent. 07/27/15 06:53:57    Pg. 2 of 2