JUDGE CHRISTOPHER M. ALSTON
CHAPTER 7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

| In re: | Chapter 7 |
|---|---|
| PUDWELL, SCOTT AND PUDWELL, NICOLE | No. 12-12318-CMA |
| Debtor(s). | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUNDS** |

The trustee submits $8,580.81 to this court as unclaimed funds.

The allowed amount of claim #5 per the final order is $35,725.86; the prorata distribution to the creditor was $8,580.81 by check #12012 which was issued on July 27, 2015

Dated: November 16, 2015

_____
Edmund J. Wood, WSBA #03695
Chapter 7 Trustee

**Wood & Jones, P.S.**
303 N 67th Street
Seattle WA 98103
(206) 623-4382

Page 1